(Decided April 1st, 1898).

## THOMAS A. BRYAN *vs.* ELLA L. CASTLEMAN.

The preceding case of *Castleman* v. *Templeman* followed and applied.

Appeal from a decree of the Circuit Court No. 2, of Baltimore City (STOCKBRIDGE, J.), by which it was adjudged that the plaintiff, Ella L. Castleman, a creditor of the Salem Loan and Real Estate Investment Company, is entitled to recover from T. A. Bryan the amount due by him to the said company under his subscription to the capital stock, etc.

The cause was argued before McSHERRY, C. J., FOWLER, BRISCOE, PAGE, ROBERTS, BOYD and PEARCE, JJ. (March 2, 1898).

*J. Markham Marshall*, for the appellant.

*Michael A. Mullin* and *Alfred Bagby, Jr.*, for the appellee.

BOYD, J., delivered the opinion of the Court.

The opinion filed by us in *Castleman* v. *Templeman* is conclusive of this case.    As the decree of the Court below was against Thomas A. Bryan, it follows that it must be reversed for the reasons stated in that opinion.

> *Decree reversed with costs to the appellant, and bill dismissed.*

(Decided April 1, 1898).